AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Hawaii Sheet Metal Workers Health & Welfare Fund, Hawaii Sheet Metal Workers Training Fund, Hawaii Sheet Metal Workers Annuity Fund, and Hawaii Sheet Metal Workers Pension Fund, et. al., <br><br> *Plaintiff(s)* <br> v. <br> Intercontinental Exchange, Inc., Intercontinental Exchange Holdings, Inc., ICE Benchmark Administration Limited (f/k/a NYSE Euronext Rate Administration Limited), et. al, <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-2002 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Schedule A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David R. Scott
Scott+Scott Attorneys at Law LLP
230 Park Avenue, 17th Floor
New York, New York 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/5/2019

/S/ P. NEPTUNE
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-2002

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Barclays plc
was received by me on *(date)*    3/22/2019    .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    I caused the Summons and Complaint to be delivered via an international courier service, who, upon delivery, requested and obtained an adult signature on behalf of Barclays plc

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 3/25/2019

*Katherine M. Vogel*
Server's signature

Katherine M. Vogel, Paralegal
*Printed name and title*

Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
*Server's address*

Additional information regarding attempted service, etc:



# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZF0375FDA98617062

**Weight**

1.50 LBS

**Service**

UPS Worldwide Saver®

**Shipped/Billed On**

22/03/2019

**Additional Information**

Adult Signature Required

**Delivered On**

25/03/2019 8:32

**Delivered To**

LONDON, GB

**Received By**

ORATIO

**Left At**

Mail room

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 25/03/2019 8:22 EST