UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

HAWAII SHEET METAL WORKERS HEALTH &
WELFARE FUND et al., *on Behalf of Themselves
and All Others Similarly Situated*,

                          Plaintiffs,

    -against-

INTERCONTINENTAL EXCHANGE, INC. et al.,

                          Defendant.

------------------------------------ x

ORDER

19 Civ. 2002 (GBD)

GEORGE B. DANIELS, District Judge:

      Pursuant to the Order, dated May 2, 2019, the above-captioned case was consolidated under *IN RE: ICE LIBOR ANTITRUST LITIGATION*, No. 19-cv-00439 (GBD). The Clerk of Court is ordered to close the above-captioned case.

Dated: New York, New York
       August 17, 2022

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge